

December 14, 2017

Honorable Martin Carlson
Middle District of Pennsylvania
Federal Building
Harrisburg, PA  17108

**RE:   Casey Schubert v. Full Performance Marine Inc.
Docket No. 1:17-CV-59**

Dear Judge Carlson:

Please be advised that the referenced case above has been settled. Please remove the case for your docket and close it.

Thank you.

Very truly yours,

**SCHMIDT KRAMER PC**

Daryl E. Christopher
Attorney at Law

*DEC/anb*

*Cc:   Tamara Chasan, Esquire*